**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KPot Inc.     vs.  88 K-Pot Korean BBQ & Hot Pot LLC d/b/a 88 K-Pot Limited Liability Company | Civil Action  No. 23-316 |

**PLAINTIFF'S DISCLOSURE STATEMENT**

The nongovernmental corporate party, KPot Inc., does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

*/s/ Donald Benedetto*
Donald Benedetto (PA ID No. 309199)
Daniel Auerbach (PA ID No. 316856)
Gamburg & Benedetto LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
don@gamburglaw.com
dan@gamburglaw.com

*Counsel for Plaintiff*

Dated: January 25, 2023