AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-00316-JFL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Douglas Miller__
was received by me on *(date)* __1/26/23__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Unknown Person__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __K-Pot__
__would not give name__ on *(date)* __1/27/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __1/28/23__

_____
Server's signature

__Douglas Miller__
Printed name and title

__156 old Nazareth Pike__
Server's address
__Bethlehem Pa, 18020__

Additional information regarding attempted service, etc:

A.B.E INVESTIGATIONS

156 OLD NAZARETH PIKE SUITE E

BETHLEHEM, PA 18020

610-509-7775

WWW.ABEINVESTIGATIONS.COM

ON 1-27-2023 AT APPROX 2:10 P.M I   SERVED

THE 88 K POT , LOCATED

AT 3926  SUITE 12-14  NAZARETH PIKE  , BETHLEHEM,PA 18020.

I ENTERED THE BULIDING AN SAW A GENTLEMAN OF ASIAN DECENT WORKING BEHIND THE COUNTER . NOTE THAT THE BUSINESS WAS NOT OPEN FOR BUSINESS

AND THE GENTLEMAN WAS SORTING OUT FIXTURES . I TOLD HIM I HAD PAPERWORK

FOR HIM AND LAID THEM ON THE  COUNTER. I THEN ASKED HIM HIS NAME . HE REFUSED TO GIVE ME HIS NAME AND TOLD ME THAT HE WAS NOT GOING TO ACCEPT

THE PAPERS. I TOLD HIM THAT I WAS LEAVING THEM ON THE COUNTER AND HE HAD BEEN SERVED. I PLACED THE ENVELOPE ON THE COUNTER AND LEFT THE BULDING.

I WALKED TO THE PARKING LOT TO MY VEHICLE AS I WAS WALKING I SAW THE SUBJECT COME OUT OF THE BULDING AND THROW THE ENVELOPE  ONTO THE PAYMENT. I RETRIVED THE ENVELOPE AND LEFT THE PARKING LOT.

RESPECTFULLY SUBMITTED

*Douglas Miller* (signature)

DOUGLAS MILLER

A.B.E INVESTIGATIONS

610-509-7775

WWW.ABEINVESTIGATIONS.COM