Exhibit A



Google

kpot

All Maps Images Videos News More Tools

About 1,510,000 results (0.70 seconds)

Results for **Center City, Philadelphia** Use precise location

## Locations

Hours

A KPOT Korean BBQ & Hot Pot
330 Oregon Ave · In Whitman Plaza · (267)…
Open · Closes 11:30 PM
Kitchen: Open · Closes 11 PM
Website Directions

B KPOT Korean BBQ & Hot Pot
789 Franklin Mills Cir · In the Philadelphia …
Open · Closes 11:30 PM
Kitchen: Open · Closes 11 PM
Website Directions

C KPOT Korean BBQ & Hot Pot
East Brunswick, NJ · In Midstate Mall · (732…
Open · Closes 11:30 PM
Dine-in · No delivery
Website Directions

https://thekpot.com

### KPOT | Korean BBQ & Hot Pot

Since opening our first location in 2018, **KPOT** has become a ...

#### Menu
Home · Menu · Locations · About Us · Careers · Press · Franchise ...

#### Locations
Rockville – Randolph Rd - Jersey City – Grand St - Columbia – SC

#### South Philadelphia
Sunday – Thursday: 12:00PM – 10:30PM Friday – Saturday: 12 ...

#### Northeast Philadelphia
789 Franklin Mills Cir. Philadelphia, PA 19154. HOURS OF ...

More results from thekpot.com »

http://www.kpotphilly.com › menu    ⋮

**Menu - Kpot**

**Kpot**-Franklin Mills Circle 789 Franklin Mills Circle Philadelphia, PA 19154. Get Direction. ×. Leaflet, © OpenStreetMap contributors ...

https://www.yelp.com › ... › KPOT Korean BBQ & Hot Pot    ⋮

**KPOT Korean BBQ & Hot Pot - Yelp**

They are great for lunch and dinner. Does **KPOT** Korean BBQ & Hot Pot follow sustainable practices? No, they use plastic straws.

Rating: 4.5 · 423 reviews · Price range: $31-60

Does KPOT Korean BBQ & Hot Pot offer drinks?                                          ⌄

Does KPOT Korean BBQ & Hot Pot take reservations?                                     ⌄

https://m.yelp.com › ... › KPOT Korean BBQ & Hot Pot    ⋮

**KPOT Korean BBQ & Hot Pot - Yelp**

COVID update: **KPOT** Korean BBQ & Hot Pot has updated their hours, takeout & delivery options. 136 reviews of **KPOT** Korean BBQ & Hot Pot "The service here...

Rating: 4.5 · 136 reviews · Price range: $11-30

https://www.facebook.com › ... › K-Pot South Philly    ⋮

**K-Pot South Philly | Philadelphia PA - Facebook**

**K-Pot** South Philly, Philadelphia, Pennsylvania. 1855 likes · 51 talking about this · 4920 were here. All You can eat Hot Pot & Korean BBQ Restaurant...

Rating: 5 · 38 votes

https://www.facebook.com › kpotnortheastphilly    ⋮

**KPOT Korean BBQ & Hot Pot - Northeast Philly, PA**

**KPOT** Korean BBQ & Hot Pot - Northeast Philly, PA, Philadelphia, Pennsylvania. 3142 likes · 57 talking about this · 10532 were here. **KPOT** is the best...

Rating: 4.1 · 262 votes

## People also ask    ⋮

Who is the owner of KPot?

How does Korean BBQ work?

What food is Korean BBQ?

Is Korean BBQ spicy?

Feedback

https://www.tripadvisor.com › ... › Philadelphia Restaurants

**KPOT, Philadelphia - Restaurant Reviews, Photos & ...**

**KPot**, Philadelphia: See 9 unbiased reviews of **KPot**, rated 4 of 5 on Tripadvisor and ranked #1121 of 3714 restaurants in Philadelphia.

Rating: 4 · 9 reviews · Price range: $$$$

https://zmenu.com › k-pot-south-philly-philadelphia-on...

**KPOT Korean BBQ & Hot Pot - Philadelphia, PA - Zmenu**

View the online menu of **KPOT** Korean BBQ & Hot Pot and other restaurants in Philadelphia, Pennsylvania.

https://www.indeed.com › q-K-Pot-l-Philadelphia,-PA-j...

**K Pot Jobs, Employment in Philadelphia, PA | Indeed.com**

11 **K Pot** jobs available in Philadelphia, PA on Indeed.com. Apply to Dishwasher, Host/hostess, Blaster and more!

https://www.pennlive.com › food › 2023/01 › kpot-korea...

**KPOT Korean BBQ & Hot Pot restaurant coming to Dauphin ...**

Jan 11, 2023 — "Born from four friends from different backgrounds who blended their cuisines over a shared table, **KPOT** is a unique, hands-on, all-you-can-eat ...

https://www.restaurantji.com › philadelphia › kpot-

**Kpot Korean BBQ & Hot Pot Philadelphia, PA 19154**

Latest reviews, photos and ratings for **Kpot** Korean BBQ & Hot Pot at 789 Franklin Mills Cir in Philadelphia - view the ✓menu, ⏰hours, ☎phone number, ...

https://www.instagram.com › thekpotbbq

**KPOT AYCE HOTPOT & KBBQ (@thekpotbbq) • Instagram ...**

20.8k Followers, 151 Following, 130 Posts - See Instagram photos and videos from **KPOT** AYCE HOTPOT & KBBQ (@thekpotbbq)

http://places.singleplatform.com › menu

**Menus for Kpot Korean Bbq & Hot Pot - Philadelphia**

**Kpot** BBQ A. $13.99. Pick: 2 BBQ meat, 2 small banchan (Korean side dish) serve with white rice.

https://thebamabuzz.com › alabamas-first-kpot-a-korea...

**Alabama's first KPOT, a Korean BBQ and hot pot joint, coming ...**

2 days ago — Since their founding in 2018, **KPOT** has opened dozens of locations across the country. What is **KPOT**? Here is a description from their website:.

https://foursquare.com › ... › Korean BBQ Restaurant ⋮

### Kpot - South Philadelphia East - 3 tips - Foursquare

See 3 tips from 64 visitors to **Kpot**. "Totally worth the experience. I recommend the hotpot + kbbq (for +$5pp). We loved the sauce varieties, Kobe..."

https://restaurantguru.com › K-Pot-South-Philly-Philade... ⋮

### KPOT Korean BBQ & Hot Pot - in Philadelphia - Restaurant Guru

Dec 31, 2022 — All info on **KPOT** Korean BBQ and Hot Pot in Philadelphia - Call to book a table. View the menu, check prices, find on the map, see photos and ...

https://www.kpotgrill.com ⋮

### HOME | k-pot

In the heart of Silicon Valley, Downtown Mt.View in California, **K-Pot** (formerly Grill Story) serves the best Korean BBQ and Hot Pot at the table grill.

https://breslinrealty.com › grand-opening-kpot-korean-... ⋮

### KPOT KOREAN HOT POT & BARBECUE IN PHILADELPHIA, PA

Jan 21, 2021 — **KPOT** is a Korean restaurant specializing in Hot Pot and Korean Barbecue. Hot Pot is an Asian cooking method, prepared with a simmering pot of ...

https://www.allmenus.com › PA ⋮

### Kpot Korean BBQ & Hot Pot - Philadelphia - Allmenus

**Kpot** BBQ Combo C $39.99. Pick 8 BBQ meats, 4 small banchan (Korean side dishes), 2 white rice. NOW COMES WITH 2 FREE FOUNTAIN DRINKS. Beef Bulgogi $13.99.

https://www.app.com › whats-going-there › 2022/09/15 ⋮

### KPot bringing Korean barbecue chain to two Jersey Shore spots

Sep 15, 2022 — NEPTUNE - **KPot** Korean BBQ & Hot Pot is looking to make its mark at the Jersey Shore. **KPot**, an all-you-can-eat restaurant chain, ...

https://www.simon.com › brands › kpot ⋮

### KPOT Stores Across All Simon Shopping Centers

**KPOT** is leading a cultural dining revolution! Born from four friends from different backgrounds who blended their cuisines over a shared table, **KPOT** is a ...

https://www.poughkeepsiejournal.com › food › 2022/02/23 ⋮

### KPOT coming to Wappinger, Newburgh; see what restaurant ...

Feb 23, 2022 — An experiential restaurant, **KPOT** blends elements of hibachi and fondue dining, and offers both Korean barbecue and Asian hot pot options.

https://mallatbayplaza.com › KPOT ⋮

### The Mall at Bay Plaza ::: KPOT

KPOT is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian hot pot with Korean BBQ flavors – but modernized with a full bar ...

https://tuscaloosathread.com › tuscaloosa-seafood-joint-... ⋮

### Tuscaloosa Restaurant Closes to Re-Open As Alabama's First ...

Jan 12, 2023 — 12 **KPOT** locations are already open, but the brand has immediate plans to expand into 26 U.S. states. The Tuscaloosa location, if it is seen ...

https://www.youtube.com › watch ⋮

### Kpot Korean BBQ & Hot Pot South Philly - YouTube



All You Can Eat in South Philly.#**Kpot** #KoreanBBQ #Philadelphia.

YouTube · XonsterX · Mar 19, 2022

  6 key moments in this video

https://www.downtownbrooklyn.com › listings › kpot-k... ⋮

### KPot Korean BBQ + Hot Pot - Downtown Brooklyn Partnership

**KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian hot pot with Korean BBQ flavors.

https://whatnowphilly.com › kpot-korean-bbq-and-hot-... ⋮

### KPot Korean BBQ and Hot Pot Expands With New Locations ...

Dec 22, 2021 — **KPot** combines traditional Asian hot pot with Korean BBQ flavors. Hot pot, also known as "soup-food" or "steamboat," is a communal pot of of ...

https://mocoshow.com › Blog ⋮

### KPot Korean BBQ & Hot Pot Is Coming to Germantown

Aug 23, 2022 — **KPot** combines traditional Asian hot pot with Korean BBQ flavors. Hot pot, also known as "soup-food" or "steamboat," is a communal pot of of ...

https://whatnowatlanta.com › kpot-korean-bbq-and-hot-... ⋮

### KPot Korean BBQ and Hot Pot to Open 3 New Georgia ...

**KPot** Korean BBQ & Hot Pot has three new locations planned for Georgia in 2022. Building records show that 1715 Howell Mill will undergo about $20000...

https://www.bizjournals.com › news › 2022/12/02 › kpot-... ⋮

### KPOT Korean BBQ & Hot Pot restaurant coming to Florin ...

Dec 2, 2022 — **KPOT** Korean BBQ & Hot Pot recently signed a lease for the former Sizzler space at Florin Towne Centre. The incoming restaurant is ...

https://www.charlotteobserver.com › article270003742   ⋮

**KPOT BBQ & Hot Pot locations opening in Matthews, Pineville**

Dec 19, 2022 — The food: For **KPOT's** hot pots, you start with a soup base, with options including Korean Seafood Tofu, Mushroom, Thai Tom Yum and more. Then you ...

https://www.silive.com › dining › 2022/09 › whats-a-kpot...   ⋮

**All-you-can-eat Korean BBQ restaurant opening on Staten ...**

Sep 28, 2022 — STATEN ISLAND, N.Y. — With a full bar ready for shaking cocktails and the promise of a vibrant nightlife, a **KPOT** "cultural revolution" is ...

https://stpeterising.com › home › kpot-korean-bbq-and-...   ⋮

**KPOT Korean BBQ and Hot Pot coming to Tyrone Square Mall**

Apr 18, 2022 — **KPOT** has brought this old culinary tradition into the 21st century. Their website describes the concept as an "all-you-can-eat dining experience ...

https://www.mix100lubbock.com › kpot-establishment-...   ⋮

**KPOT Establishment at Old Furr's Location - Lubbock - Mix 100.3**

Dec 29, 2022 — At **KPOT**, one can expect to dine-in to a plethora amount of seafood, meats, and vegetables, such as Swai fish, jumbo shrimp, sliced lamb, ...

https://www.dresscodefinder.com › philadelphia › k-pot...   ⋮

**K Pot South Philly - Dress Code Finder**

The dress code at **K Pot** South Philly is Casual Dress. See full description, what to wear suggestions, photos, reader comments and more.

https://forestique.be › kpot-menu-prices   ⋮

**We - Forestique**

5 days ago — **Kpot** menu prices. ... View more Menu Photos **K-Pot** Korean BBQ & Hot Pot Menu Prices Verified Prices PriceListo is not associated with **K-Pot** ...

https://www.menupix.com › ... › Philadelphia   ⋮

**Online Menu of K Pot South Philly, Philadelphia, PA - MenuPix**

View the menu for **K Pot** South Philly and restaurant in Philadelphia, PA. See restaurant menus, reviews, ratings, phone number, address, hours, ...

　　　Rating: 4.3 · 4 votes · Price range: ($$)

https://www.ubereats.com › Maryland › Rockville   ⋮

**K-Pot Korean BBQ & Hot Pot Menu and Delivery in Rockville**

Use your Uber account to order delivery from **K-Pot** Korean BBQ & Hot Pot in Rockville. Browse the menu, view popular items, and track your order.

https://github.com › Dump-GUY › blob › main › kpot2

**Reverse engineering KPOT v2.0 Stealer - GitHub**

**KPOT** Stealer is a "stealer" malware that focuses on exfiltrating account information and other data from web browsers, instant messengers, email, VPN, RDP, FTP, ...

https://www.columbusalive.com › dining › 2022/04/25

**North Market adds doughnut shop; K Pot comes to Bethel Road**

Apr 25, 2022 — **K Pot** specializes in all-you-can-eat, experiential dining featuring Asian hot pot and Korean barbecue served in a modern atmosphere. **K Pot's** ...

https://kpot.be

**Grafisch bureau kpot – communicatiebureau**

**kpot** is een grafisch bureau in Leuven. Wij ontwerpen je logo, branding, website en drukwerk. We geven je project een unieke persoonlijkheid.

https://securityintelligence.com › News

**Updated Version of KPOT Stealer Available for Purchase on ...**

May 14, 2019 — Proofpoint spotted threat actors selling **KPOT** v2.0 for about $100 on underground hacking forums. Around the same time, the security firm came ...

https://idriveorlando.com › tags › kpot-korean-bbq-orla...

**kpot korean bbq orlando | Your Guide to IDRIVE Orlando**

**KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian hot pot with Korean BBQ flavors – but modernized with a full bar ...

https://maps.roadtrippers.com › US › Maryland

**KPOT Korean BBQ & Hot Pot, Rockville - MD - Roadtrippers**

**KPOT** Korean BBQ & Hot Pot · Closed Now · Top Reviews · Nearby Hotels · Nearby Food & Drink ...

https://data.floridatoday.com › k-pot › sea5812638 › or...

**K Pot | Orange County | Restaurant Inspections | floridatoday ...**

Take a look at **K Pot** restaurant inspectionsK POT, ORLANDO, , Orange County, Restaurant Inspections, Disciplinary Actions, Fines, Warninig.

https://www.elhiem.co.uk › ourshop › prod_6385138-...

**HED40 Modern Kpot helmet with goggles and face covered**

HED40 Modern **Kpot** helmet with goggles and face covered ... These heads are not cast up in hundreds, they are done as by product of other castings and the price ...

£0.34

https://www.salary.com › job › food-runner ⋮

**Job Posting for Food Runner at KPOT Killeen - Salary.com**

Aug 16, 2022 — About **KPOT**: **K-Pot** offers both worlds of Korean BBQ and Asian Hot Pot. What is Hot Pot? Hot pot is an Asian cooking method, prepared ...

https://www.pinterest.com › Explore › Food And Drink ⋮

**Menu - Kpot | Menu, Quick - Pinterest**

Mar 21, 2021 - This Pin was discovered by Larry Bolden. Discover (and save!) your own Pins on Pinterest.

https://www.simplyhired.com › job ⋮

**Bartender - KPOT Staten Island - SimplyHired**

Title. Bartender. Report to. Restaurant Management. About **KPOT**. **K-Pot** offers both worlds of Korean BBQ and Asian Hot Pot. What is Hot Pot?

https://www.waze.com › live-map › directions › kpot-k... ⋮

**KPot Korean BBQ & Hot Pot - Waze**

Realtime driving directions to **KPot** Korean BBQ & Hot Pot, Randolph Rd, 5550, Rockville, based on live traffic updates and road conditions – from Waze fellow ...

https://www.tiktok.com › Discover ⋮

**kpot and korean bbq | TikTok Search**

Discover short videos related to **kpot** and korean bbq on TikTok.

https://www.elixirwinegroup.com › ... › Clos Troteligotte ⋮

**Clos Troteligotte 2019 K-Pot Malbec - Elixir Wine Group**

Clos Troteligotte 2019 **K-Pot** Malbec. PRODUCER INFO. The ever-innovative Emmanuel Rybinski is without question Cahors' hottest young star. Emmanuel's ten acre ...

https://www.kmartinelli.com › blog › k-pot-east-brunsw... ⋮

**K-Pot East Brunswick - Kristen Martinelli**

Jan 26, 2020 — My first time visiting Korean hot pot and BBQ brought me to **K-Pot** East Brunswick. My team and I were having our monthly team lunch.

https://untappd.com › kpot-korean-bbq-hot-pot ⋮

**KPot Korean BBQ & Hot Pot - Brooklyn, NY - Untappd**

Find out what's popular at **KPot** Korean BBQ & Hot Pot in Brooklyn, NY in real-time and see activity.

https://www.seamless.com › ... › Old Mountain View ⋮

**K-Pot - Mountain View, CA Restaurant | Menu + Delivery**

kpot - Google Search

Order with Seamless to support your local restaurants! View menu and reviews for **K-Pot** in Mountain View, plus popular items & reviews. Delivery or takeout!

https://www.apollo.io › companies › K-Pot-Korean-BB... ⋮

### KPot Korean BBQ & Hot Pot - Restaurants - Apollo.io

View **KPot** Korean BBQ & Hot Pot (http://www.kpotbbq.com) location in Maryland, United States, revenue, competitors and contact information.

https://patch.com › new-jersey › manasquan › hobby-lo... ⋮

### Hobby Lobby, Korean BBQ Coming To Neptune Township

5 hours ago — **KPot** Korean BBQ will open this spring at the Neptune Plaza shopping center on Rt. 66, and a Hobby Lobby will open there next year:.

https://rieber.systems › transport-cooking-utensils › 840... ⋮

### K-POT 1/1-passive stainless steel // Products - Rieber

**K-POT** 1/1-passive stainless steel. The mobile & stylish passive buffet serving station without power, with a recess in the bottom of the housing for GN 1/2 ...

https://wpdh.com › new-hot-pot-style-restaurant-openin... ⋮

### New 'Hot Pot' Style Restaurant Opening in Wappingers ...

Feb 25, 2022 — **K Pot** is a combination Korean barbecue and hot pot restaurant in a unique, "hands-on, all-you-can-eat" environment. Customers will be able to ...

http://construtoramoreira.net › wiyfqcs › korean-bbq-or... ⋮

### Korean bbq orlando. Hours of Operation Monday, Tuesday ...

Reviews on Korean Bbq All You Can Eat in Orlando, FL - Korean Gogi Grill, Beewon Korean Cuisine, **KPOT** Korean BBQ & Hot Pot, Korea House Restaurant, ...

https://www.csswinner.com › profile › kpot ⋮

### kpot - CSS Winner

**kpot - Kpot** builds identities for brands & events. Our website showcases that, next to what we do and stand for. Enjoy our work.

https://rocketreach.co › wouter-vergote-email_1184416... ⋮

### Wouter Vergote Email - Creative Director @ Kpot - RocketReach

Get Wouter Vergote's email address (w******@**kpot**.be) and phone number () at RocketReach. Get 5 free searches.

https://www.smarthires.com › company ⋮

### KPot Korean BBQ & Hot Pot - Restaurants - Smart Hires

Company Name. **KPot** Korean BBQ & Hot Pot ; Industry. Restaurants ; Phone. (240) **88**0-2155 ; Company size. 51-200 employees ; Address. 17500 Castleton St, City of ...

https://www.empressminiatures.com › usmc14-k-pot-he... ⋮

**USMC14 K POT HEAD SETS WITH GOGGLES**

These products are not advisable for unders 14 years old unless supervised by an adult. **K Pot** heads with goggles. Technical specifications ...

£2.50

https://delawaretoday.com › food › new-restaurants-del... ⋮

**6 Must-Try Restaurants and Cafés Coming to Delaware in 2022**

Jan 14, 2022 — This traditional Korean barbecue restaurant brings a unique, hands-on, all-you-can-eat dining experience to the Newark foodie scene. **K Pot** ...

https://ae.linkedin.com › kpotrockville ⋮

**KPot Korean BBQ & Hot Pot - LinkedIn**

**KPot** Korean BBQ & Hot Pot | 201 على المتابعين من LinkedIn. ... **K-Pot** Rockville is a privately owned chain with other locations in Pennsylvania, New Jersey, ...

https://www.ziprecruiter.com › Kpot-Westbury › ⋮

**Server/Bartender/Food Runner/Busser Job in Westbury, NY at ...**

6 days ago — About **KPot**. **K-Pot** offers both worlds of Korean BBQ and Asian Hot Pot. What is Hot Pot? Hot pot is an Asian cooking method, prepared with a ...

http://rojarticle.net › korean-bbq-the-loop ⋮

**PM**

Since opening our first location in 2018, **KPOT** has become a crowd favorite for ... Kissimmee, FL - Yelp **KPOT** Korean BBQ & Hot Pot 14 reviews Claimed Korean, ...

https://usdongsan.com › listing › 케... ⋮

**케이팟샤브샤브(KPOT SHABU SHABU RESTAURANT)**

Title: 케이팟샤브샤브 ENG: **KPOT** SHABU SHABU RESTAURANT Address: 5550 Randolph Road Rockville MD 20852 Phone: 240-**88**0-2155 City: Boston State: MD Category: ...

https://knowyourmeme.com › 1901065-devil-may-cry ⋮

**Devil May Cry - Ja**kpot - Know Your Meme**

Devil May Cry - Ja**kpot. Like us on Facebook! Save. PROTIP: Press the ← and → keys to navigate the gallery, 'g' to view the gallery, or 'r' to view a ...

https://cssdesignawards.com › sites › kpot ⋮

**kpot - CSS Design Awards**

May 28, 2019 — **Kpot** is a design studio based in Belgium. Inspired by the new and the now they craft unique visual identities for brands and events.

https://www.chegg.com › questions-and-answers › pleas...

**Solved Please do it on Matlab. In this block | Chegg.com**

In this block diagram: Desired Angle is a unit step function in time with initial value 0 and final value 1. **Kpot** = 0.319; K1 = 100; Km ...

https://ruhrboudoir.de › closest-hot-pot-near-me

**Closest Hot Pot Near Me - ruhrboudoir**

5 reviews of **KPOT** Korean BBQ & Hot Pot "Amazing!! Try it for yourself! Do both hot pot and bbq. Our traditional Japanese Shabu Shabu hot pot in Los Angeles ...

https://bd-design.ru › lleqn › kpot-menu-prices

**Kpot menu prices. $ • Burgers • American • Sandwich • Dessert...**

5 days ago — The closest **KPOT** restaurants operate in 6 – 1 reviews ... View more Menu Photos **K-Pot** Korean BBQ & Hot Pot Menu Prices Verified Prices ...

https://www.iloveorlando.com › restaurants › venue › t...

**The K-POT Korean BBQ & Hot Pot Restaurant - I Love Orlando**

The **K-POT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian Hot Pot with Korean BBQ flavors - but modernized with a full ...

https://ملحمة.com › njqwj › korean-restaurant-kissimmee

**Korean restaurant kissimmee. The Venetian Chop House**

**KPOT** Korean BBQ & Hot Pot 14 Korean Hot Pot Barbeque "There was a kimchi bar which had different kinds of kimchi, fried chicken wings which were really" ...

https://www.glassdoor.com › job-listing › operations-m...

**K-Pot Korean BBQ & Hot Pot Operations Manager Job in ...**

Title. Operations Manager. Report to. Restaurant Ownership/Regional Manager. About **KPOT**. **K-Pot** offers both worlds of Korean BBQ and Asian Hot Pot.

https://www.vivino.com › clos-troteligotte-k-pot-malbec

**Clos Troteligotte K-pot' Malbec - Vivino**

A Red wine from Cahors, Haut-Pays, South West France, France. This wine has 23 mentions of black fruit notes. See reviews and pricing for this wine.

Wine style: Southwest France Malbec          Allergens: Contains sulfites

Region: France / South West France / Haut-P...

          Rating: 3.7 · $16.87

https://postmates.com › store › k-pot-korean-bbq-&-hot...

**K-Pot Korean BBQ & Hot Pot - Postmates**

Beef Bulgogi Bento Box · Beef Finger Meat Bento Box · Chicken Bulgogi Bento Box · **K-Pot** Short Ribs Bento Box · **K-Pot** Spicy Pork Belly Bento Box · Garlic Shrimp Bento ...

https://www.careermatch.com › Hospitality

**Busser - Lexington, KY | Chegg CareerMatch**

Busser **KPOT** Lexington - Lexington, KY Quick Apply Job Details Full-time | Part-time Estimated: $19,000 - $27,000 a year 3 hours ago Benefits Employee ...

https://opencorporates.com › companies › us_nc

**K POT RALEIGH LLC :: North Carolina (US) - OpenCorporates**

Free and open company data on North Carolina (US) company **K POT** RALEIGH LLC (company number 2193389), 3105 CAPITAL BLVD, RALEIGH, NC, 27604-3335.

https://www.amazon.co.uk › Stainless-Catering-Comme...

**304 Stainless Steel Stoc kpot, Catering Commercial/Domestic ...**

Free delivery and returns on eligible orders. Buy 304 Stainless Steel Stoc **kpot**, Catering Commercial/Domestic Thickened Large Soup Pot with Lid, ...

£272.35

http://www.grizzlyguitars.co.uk › boyasf › korean-bbq-...

**Korean bbq kissimmee. The Best 10 Korean Restaurants near ...**

(11) **KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian Hot Pot with Korean BBQ flavors – but modernized with a full ...

https://www.theburn.com

**The Burn: Home**

New in NoVa: **KPOT** entering Northern Virginia market · January 16, 2023 · Facebook Twitter Google+ Linked In Reddit E-mail.

https://nicelocal.com › ... › 🍴 Restaurants in Philadelphia

**KPOT Korean BBQ & Hot Pot - 🏙️ Philadelphia - Nicelocal.com**

**KPOT** Korean BBQ & Hot Pot: menu, ⭐ reviews, phone number, work hours, location on map. Find similar restaurants in Philadelphia.

https://www.rieber-kitchenware.de › ...

**K|POT® - Rieber-Qitchenware**

K|POT® 2/3-ck-1600 schwarz oder Edelstahl. Maße: LXBXH: 353x380x0**88** mm. Funktion: - Induktion. - kochen. - Auftischgerät. Anschlusswert/Verbrauch:.

https://www.foodboss.com › los-angeles-ca › k-pot-plac...

**K Pot Place Delivery - FoodBoss**

Order from **K Pot** Place to enjoy some of the best Asian Fusion in Gardena. Looking to find the cheapest way to order **K Pot** Place? Choose the most affordable ...

https://twitter.com › ZpKpoTzp ⋮

G.F.KpOT (@ZpKpoTzp) / Twitter

Check out this SlideShare presentation : презентация строителей http://slidesha.re/rtXVub (:. G.F.**KpOT** · @ZpKpoTzp. · Sep 10, 2011.

https://localtoday.news › News ⋮

Hobby Lobby, Korean BBQ is coming to Neptune Township

54 minutes ago — **KPot** is $28.99 per person for all-you-can-eat, and waiters bring unlimited grilled meats, seafood, and veggies, as well as rice. It is very ...

https://steamcommunity.com › profiles ⋮

Steam Community :: )\(oBaHblu' kpoT <#3 ///?????...

Стеснительный, скромный =) безумно люблю стрелять в CSS Servers : 46.174.52.3:27248 Тут очень весело.

http://mrblack.zunchomultimedia.com › korean-bbq-orl... ⋮

Untitled

Since opening our first location in 2018, **KPOT** has become a crowd favorite for ... Beewon Korean Cuisine, **KPOT** Korean BBQ & Hot Pot, Korea House Restaurant, ...

https://www.superantispyware.com ⋮

SUPERAntiSpyware: Remove Malware & Spyware with Anti ...

**Kpot**, The info stealer. **Kpot**, an older information stealer just got a major update and is seen in the wild again. This time **Kpot** brings zero persistence ...

https://www.cellarvinhos.com › vinh... ⋮

Vinho Tinto Cahors K-Pot 2019 - Cellar Vinhos

O Vinho Tinto Cahors **K-Pot** 2019, é ideal para quem busca um vinho importado, intenso e de acidez moderada. Saiba mais! R$175.00

http://transportescchbus.com › korean-restaurant-downt... ⋮

Korean restaurant downtown orlando. Bulgogi House Orlando ...

Since opening our first location in 2018, **KPOT** has become a crowd favorite for traditional Korean Barbeque and Hot Pot. Phillips Marketplace, Orlando ...

https://parkbench.com › event › korean-bbq-at-k-pot-al... ⋮

Korean BBQ @ K-Pot! All U can eat for $28 - Parkbench

Dec 10, 2021 — **K-pot** has all you can eat for only $25 (+tax)! Korean BBQ cooked at the table. Can also add on Hot Pot for an additional $3.

https://www.roi-nj.com › Real Estate ⋮

**Azarian helps Hobby Lobby ink 60000 sq. ft. lease in Neptune**

1 day ago — In July 2022, 10,000-square-fet was leased to **KPOT** Korean BBQ & Hot Pot. The restaurant is currently under construction.

http://lanasmelody.com.ar › korean-bbq-near-me-delive... ⋮

**Korean bbq near me delivery. H & B Korean ... - Lanas Melody**

We selected the Harmony Combo featuring pork belly, beef bulgogi, and **KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional ...

### Related searches ⋮

| | |
|---|---|
| **how much is** kpot **philly** | kpot **near me** |
| kpot **menu** | kpot **korean bbq** |
| kpot **locations** | kpot **franklin mills** |
| kpot **delaware** | kpot **philly reservations** |

https://zmenu.com › k-pot-south-philly-philadelphia-on... ⋮

**KPOT Korean BBQ & Hot Pot - Philadelphia, PA - Zmenu**

View the online menu of **KPOT** Korean BBQ & Hot Pot and other restaurants in Philadelphia, Pennsylvania.

https://www.indeed.com › q-K-Pot-l-Philadelphia,-PA-j... ⋮

**K Pot Jobs, Employment in Philadelphia, PA | Indeed.com**

11 **K Pot** jobs available in Philadelphia, PA on Indeed.com. Apply to Dishwasher, Host/hostess, Blaster and more!

https://www.pennlive.com › food › 2023/01 › kpot-korea... ⋮

**KPOT Korean BBQ & Hot Pot restaurant coming to Dauphin ...**

Jan 11, 2023 — "Born from four friends from different backgrounds who blended their cuisines over a shared table, **KPOT** is a unique, hands-on, all-you-can-eat ...

https://www.restaurantji.com › philadelphia › kpot- ⋮

**Kpot Korean BBQ & Hot Pot Philadelphia, PA 19154**

Latest reviews, photos and ratings for **Kpot** Korean BBQ & Hot Pot at 789 Franklin Mills Cir in Philadelphia - view the ✓menu, 🕐hours, ☎phone number, ...

https://www.instagram.com › thekpotbbq

**KPOT AYCE HOTPOT & KBBQ (@thekpotbbq) • Instagram ...**

20.8k Followers, 151 Following, 130 Posts - See Instagram photos and videos from **KPOT** AYCE HOTPOT & KBBQ (@thekpotbbq)

http://places.singleplatform.com › menu

**Menus for Kpot Korean Bbq & Hot Pot - Philadelphia**

**Kpot** BBQ A. $13.99. Pick: 2 BBQ meat, 2 small banchan (Korean side dish) serve with white rice.

https://thebamabuzz.com › alabamas-first-kpot-a-korea...

**Alabama's first KPOT, a Korean BBQ and hot pot joint, coming ...**

2 days ago — Since their founding in 2018, **KPOT** has opened dozens of locations across the country. What is **KPOT**? Here is a description from their website:.

https://foursquare.com › ... › Korean BBQ Restaurant

**Kpot - South Philadelphia East - 3 tips - Foursquare**

See 3 tips from 64 visitors to **Kpot**. "Totally worth the experience. I recommend the hotpot + kbbq (for +$5pp). We loved the sauce varieties, Kobe..."

https://restaurantguru.com › K-Pot-South-Philly-Philade...

**KPOT Korean BBQ & Hot Pot - in Philadelphia - Restaurant Guru**

Dec 31, 2022 — All info on **KPOT** Korean BBQ & Hot Pot in Philadelphia - Call to book a table. View the menu, check prices, find on the map, see photos and ...

https://www.kpotgrill.com

**HOME | k-pot**

In the heart of Silicon Valley, Downtown Mt.View in California, **K-Pot** (formerly Grill Story) serves the best Korean BBQ and Hot Pot at the table grill.

https://breslinrealty.com › grand-opening-kpot-korean-...

**GRAND OPENING: KPOT KOREAN HOT POT & ...**

Jan 21, 2021 — **KPOT** is a Korean restaurant specializing in Hot Pot and Korean Barbecue. Hot Pot is an Asian cooking method, prepared with a simmering pot of ...

https://www.allmenus.com › PA

**Kpot Korean BBQ & Hot Pot - Philadelphia - Allmenus**

**Kpot** BBQ Combo C $39.99. Pick 8 BBQ meats, 4 small banchan (Korean side dishes), 2 white rice. NOW COMES WITH 2 FREE FOUNTAIN DRINKS. Beef Bulgogi $13.99.

https://www.app.com › whats-going-there › 2022/09/15

**KPot bringing Korean barbecue chain to two Jersey Shore spots**

Sep 15, 2022 — NEPTUNE - **KPot** Korean BBQ & Hot Pot is looking to make its mark at the Jersey Shore. **KPot**, an all-you-can-eat restaurant chain, ...

https://www.simon.com › brands › kpot ⋮

**KPOT Stores Across All Simon Shopping Centers**

**KPOT** is leading a cultural dining revolution! Born from four friends from different backgrounds who blended their cuisines over a shared table, **KPOT** is a ...

https://www.poughkeepsiejournal.com › food › 2022/02/23 ⋮

**KPOT coming to Wappinger, Newburgh; see what restaurant ...**

Feb 23, 2022 — An experiential restaurant, **KPOT** blends elements of hibachi and fondue dining, and offers both Korean barbecue and Asian hot pot options.

https://mallatbayplaza.com › KPOT ⋮

**The Mall at Bay Plaza ::: KPOT**

**KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian hot pot with Korean BBQ flavors – but modernized with a full bar ...

https://tuscaloosathread.com › tuscaloosa-seafood-joint-... ⋮

**Tuscaloosa Restaurant Closes to Re-Open As Alabama's First ...**

Jan 12, 2023 — 12 **KPOT** locations are already open, but the brand has immediate plans to expand into 26 U.S. states. The Tuscaloosa location, if it is seen ...

https://www.youtube.com › watch ⋮

**Kpot Korean BBQ & Hot Pot South Philly - YouTube**



All You Can Eat in South Philly.#**Kpot** #KoreanBBQ #Philadelphia.

YouTube · XonsterX · Mar 19, 2022

 6 key moments in this video                                    ⌄

https://www.downtownbrooklyn.com › listings › kpot-k... ⋮

**KPot Korean BBQ + Hot Pot - Downtown Brooklyn Partnership**

**KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian hot pot with Korean BBQ flavors.

https://whatnowphilly.com › kpot-korean-bbq-and-hot-... ⋮

**KPot Korean BBQ and Hot Pot Expands With New Locations ...**

Dec 22, 2021 — **KPot** combines traditional Asian hot pot with Korean BBQ flavors. Hot pot, also known as "soup-food" or "steamboat," is a communal pot of ...

https://mocoshow.com › Blog ⋮

**KPot Korean BBQ & Hot Pot Is Coming to Germantown**

Aug 23, 2022 — **Kpot** combines traditional Asian hot pot with Korean BBQ flavors. Hot pot, also known as "soup-food" or "steamboat," is a communal pot of ...

https://whatnowatlanta.com › kpot-korean-bbq-and-hot... ⋮

**KPot Korean BBQ and Hot Pot to Open 3 New Georgia ...**

**KPot** Korean BBQ & Hot Pot has three new locations planned for Georgia in 2022. Building records show that 1715 Howell Mill will undergo about $20000...

https://www.bizjournals.com › news › 2022/12/02 › kpot-... ⋮

**KPOT Korean BBQ & Hot Pot restaurant coming to Florin ...**

Dec 2, 2022 — **KPOT** Korean BBQ & Hot Pot recently signed a lease for the former Sizzler space at Florin Towne Centre. The incoming restaurant is ...

https://www.charlotteobserver.com › article270003742 ⋮

**KPOT BBQ & Hot Pot locations opening in Matthews, Pineville**

Dec 19, 2022 — The food: For **KPOT's** hot pots, you start with a soup base, with options including Korean Seafood Tofu, Mushroom, Thai Tom Yum and more. Then you ...

https://www.silive.com › dining › 2022/09 › whats-a-kpot... ⋮

**All-you-can-eat Korean BBQ restaurant opening on Staten ...**

Sep 28, 2022 — STATEN ISLAND, N.Y. — With a full bar ready for shaking cocktails and the promise of a vibrant nightlife, a **KPOT** "cultural revolution" is ...

https://stpeterising.com › home › kpot-korean-bbq-and-... ⋮

**KPOT Korean BBQ and Hot Pot coming to Tyrone Square Mall**

Apr 18, 2022 — **KPOT** has brought this old culinary tradition into the 21st century. Their website describes the concept as an "all-you-can-eat dining experience ...

https://www.mix100lubbock.com › kpot-establishment-... ⋮

**KPOT Establishment at Old Furr's Location - Lubbock - Mix 100.5**

Dec 29, 2022 — At **KPOT**, one can expect to dine-in to a plethora amount of seafood, meats, and vegetables, such as Swai fish, jumbo shrimp, sliced lamb, ...

https://www.dresscodefinder.com › philadelphia › k-pot... ⋮

**K Pot South Philly - Dress Code Finder**

The dress code at **K Pot** South Philly is Casual Dress. See full description, what to wear suggestions, photos, reader comments and more.

https://forestique.be › kpot-menu-prices ⋮

**We - Forestique**

5 days ago — **Kpot** menu prices. ... View more Menu Photos **K-Pot** Korean BBQ & Hot Pot Menu Prices Verified Prices PriceListo is not associated with **K-Pot** ...

https://www.menupix.com › ... › Philadelphia ⋮

**Online Menu of K Pot South Philly, Philadelphia, PA - MenuPix**

kpot - Google Search

View the menu for **K Pot** South Philly and restaurants in Philadelphia, PA. See restaurant menus, reviews, ratings, phone number, address, hours, ...

Rating: 4.3 · 4 votes · Price range: ($$)

https://www.ubereats.com › Maryland › Rockville     ⋮

### K-Pot Korean BBQ & Hot Pot Menu and Delivery in Rockville

Use your Uber account to order delivery from **K-Pot** Korean BBQ & Hot Pot in Rockville. Browse the menu, view popular items, and track your order.

https://github.com › Dump-GUY › blob › main › kpot2     ⋮

### Reverse engineering KPOT v2.0 Stealer - GitHub

**KPOT** Stealer is a "stealer" malware that focuses on exfiltrating account information and other data from web browsers, instant messengers, email, VPN, RDP, FTP, ...

https://www.columbusalive.com › dining › 2022/04/25     ⋮

### North Market adds doughnut shop; K Pot comes to Bethel Road

Apr 25, 2022 — **K Pot** specializes in all-you-can-eat, experiential dining featuring Asian hot pot and Korean barbecue served in a modern atmosphere. **K Pot's** ...

https://kpot.be     ⋮

### Grafisch bureau kpot – communicatiebureau

**kpot** is een grafisch bureau in Leuven. Wij ontwerpen je logo, branding, website en drukwerk. We geven je project een unieke persoonlijkheid.

https://securityintelligence.com › News     ⋮

### Updated Version of KPOT Stealer Available for Purchase on ...

May 14, 2019 — Proofpoint spotted threat actors selling **KPOT** v2.0 for about $100 on underground hacking forums. Around the same time, the security firm came ...

https://idriveorlando.com › tags › kpot-korean-bbq-orla...     ⋮

### kpot korean bbq orlando | Your Guide to IDRIVE Orlando

**KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian hot pot with Korean BBQ flavors – but modernized with a full bar ...

https://maps.roadtrippers.com › US › Maryland     ⋮

### KPOT Korean BBQ & Hot Pot, Rockville - MD - Roadtrippers

**KPOT** Korean BBQ & Hot Pot · Closed Now · Top Reviews · Nearby Hotels · Nearby Food & Drink ...

https://data.floridatoday.com › k-pot › sea5812638 › or...     ⋮

### K Pot | Orange County | Restaurant Inspections | floridatoday ...

Take a look at **K Pot** restaurant inspectionsK POT, ORLANDO, , Orange County, Restaurant Inspections, Disciplinary Actions, Fines, Warninig.

https://www.elhiem.co.uk › ourshop › prod_6385138-...

### HED40 Modern Kpot helmet with goggles and face covered

HED40 Modern **Kpot** helmet with goggles and face covered ... These heads are not cast up in hundreds, they are done as by product of other castings and the price ...

£0.34

https://www.salary.com › job › food-runner

### Job Posting for Food Runner at KPOT Killeen - Salary.com

Aug 16, 2022 — About **KPot**: K-Pot offers both worlds of Korean BBQ and Asian Hot Pot. What is Hot Pot? Hot pot is an Asian cooking method, prepared ...

https://www.salary.com › job › food-runner

### Job Posting for Food Runner at KPOT Killeen - Salary.com

Aug 16, 2022 — About **KPot**: K-Pot offers both worlds of Korean BBQ and Asian Hot Pot. What is Hot Pot? Hot pot is an Asian cooking method, prepared ...

https://www.pinterest.com › Explore › Food And Drink

### Menu - Kpot | Menu, Quick - Pinterest

Mar 21, 2021 - This Pin was discovered by Larry Bolden. Discover (and save!) your own Pins on Pinterest.

https://www.simplyhired.com › job

### Bartender - KPOT Staten Island - SimplyHired

Title. Bartender. Report to. Restaurant Management. About **KPot**. K-Pot offers both worlds of Korean BBQ and Asian Hot Pot. What is Hot Pot?

https://www.waze.com › live-map › directions › kpot-k...

### KPot Korean BBQ & Hot Pot - Waze

Realtime driving directions to **KPot** Korean BBQ & Hot Pot, Randolph Rd, 5550, Rockville, based on live traffic updates and road conditions – from Waze fellow ...

https://www.tiktok.com › Discover

### kpot and korean bbq | TikTok Search

   

Discover short videos related to **kpot** and korean bbq on TikTok.

https://www.elixirwinegroup.com › ... › Clos Troteligotte    ⋮

**Clos Troteligotte 2019 K-Pot Malbec - Elixir Wine Group**

Clos Troteligotte 2019 **K-Pot** Malbec. PRODUCER INFO. The ever-innovative Emmanuel
Rybinski is without question Cahors' hottest young star. Emmanuel's ten acre ...

https://www.kmartinelli.com › blog › k-pot-east-brunsw...    ⋮

**K-Pot East Brunswick - Kristen Martinelli**

Jan 26, 2020 — My first time visiting Korean hot pot and BBQ brought me to **K-Pot** East
Brunswick. My team and I were having our monthly team lunch.

https://untappd.com › kpot-korean-bbq-hot-pot    ⋮

**KPot Korean BBQ & Hot Pot - Brooklyn, NY - Untappd**

Find out what's popular at **KPot** Korean BBQ & Hot Pot in Brooklyn, NY in real-time and see
activity.

https://www.seamless.com › ... › Old Mountain View    ⋮

**K-Pot - Mountain View, CA Restaurant | Menu + Delivery**

Order with Seamless to support your local restaurants! View menu and reviews for **K-Pot** in
Mountain View, plus popular items & reviews. Delivery or takeout!

https://www.apollo.io › companies › K-Pot-Korean-BB...    ⋮

**KPot Korean BBQ & Hot Pot - Restaurants - Apollo.io**

View **KPot** Korean BBQ & Hot Pot (http://www.kpotbbq.com) location in Maryland, United States,
revenue, competitors and contact information.

https://rieber.systems › transport-cooking-utensils › 840...    ⋮

**K-POT 1/1-passive stainless steel // Products - Rieber**

**K-POT** 1/1-passive stainless steel. The mobile & stylish passive buffet serving station without
power, with a recess in the bottom of the housing for GN 1/2 ...

https://wpdh.com › new-hot-pot-style-restaurant-openin...    ⋮

**New 'Hot Pot' Style Restaurant Opening in Wappingers ...**

Feb 25, 2022 — **K Pot** is a combination Korean barbecue and hot pot restaurant in a unique,
"hands-on, all-you-can-eat" environment. Customers will be able to ...

http://construtoramoreira.net › wiyfqcs › korean-bbq-or...    ⋮

**Korean bbq orlando. Hours of Operation Monday, Tuesday ...**

Reviews on Korean Bbq All You Can Eat in Orlando, FL - Korean Gogi Grill, Beewon Korean
Cuisine, **KPOT** Korean BBQ & Hot Pot, Korea House Restaurant, ...

https://www.csswinner.com › profile › kpot    ⋮

**kpot - CSS Winner**

**kpot** - **Kpot** builds identities for brands & events. Our website showcases that, next to what we
do and stand for. Enjoy our work.

https://rocketreach.co › wouter-vergote-email_1184416... ⋮

**Wouter Vergote Email - Creative Director @ Kpot - RocketReach**

Get Wouter Vergote's email address (w******@**kpot**.be) and phone number () at RocketReach. Get 5 free searches.

https://www.smarthires.com › company ⋮

**KPot Korean BBQ & Hot Pot - Restaurants - Smart Hires**

Company Name. **KPot** Korean BBQ & Hot Pot ; Industry. Restaurants ; Phone. (240) **88**0-2155 ; Company size. 51-200 employees ; Address. 17500 Castleton St, City of ...

https://www.empressminiatures.com › usmc14-k-pot-he... ⋮

**USMC14 K POT HEAD SETS WITH GOGGLES**

These products are not advisable for unders 14 years old unless supervised by an adult. **K Pot** heads with goggles. Technical specifications ...
£2.50

https://delawaretoday.com › food › new-restaurants-del... ⋮

**6 Must-Try Restaurants and Cafés Coming to Delaware in 2022**

Jan 14, 2022 — This traditional Korean barbecue restaurant brings a unique, hands-on, all-you-can-eat dining experience to the Newark foodie scene. **K Pot** ...

https://ae.linkedin.com › kpotrockville ⋮

**KPot Korean BBQ & Hot Pot - LinkedIn**

**KPot** Korean BBQ & Hot Pot | 201 من المتابعين على LinkedIn. ... **K-Pot** Rockville is a privately owned chain with other locations in Pennsylvania, New Jersey, ...

https://www.ziprecruiter.com › Kpot-Westbury › ⋮

**Server/Bartender/Food Runner/Busser Job in Westbury, NY at ...**

6 days ago — About **KPot**. **K-Pot** offers both worlds of Korean BBQ and Asian Hot Pot. What is Hot Pot? Hot pot is an Asian cooking method, prepared with a ...

http://rojarticle.net › korean-bbq-the-loop ⋮

**PM**

Since opening our first location in 2018, **KPOT** has become a crowd favorite for ... Kissimmee, FL - Yelp **KPOT** Korean BBQ & Hot Pot 14 reviews Claimed Korean, ...

https://usdongsan.com › listing › 케... ⋮

**케이팟샤브샤브(KPOT SHABU SHABU RESTAURANT)**

Title: 케이팟샤브샤브 ENG: **KPOT** SHABU SHABU RESTAURANT Address: 5550 Randolph Road Rockville MD 20852 Phone: 240-**88**0-2155 City: Boston State: MD Category: ...

https://knowyourmeme.com › 1901065-devil-may-cry ⋮

**Devil May Cry - Ja**kpot - Know Your Meme**

Devil May Cry - Ja**kpot**. Like us on Facebook! Save. PROTIP: Press the ← and → keys to navigate the gallery, 'g' to view the gallery, 'r' to view a ...

https://cssdesignawards.com › sites › kpot      ⋮

### kpot - CSS Design Awards

May 28, 2019 — **Kpot** is a design studio based in Belgium. Inspired by the new and the now they craft unique visual identities for brands and events.

https://www.chegg.com › questions-and-answers › pleas...      ⋮

### Solved Please do it on Matlab. In this block | Chegg.com

In this block diagram: Desired Angle is a unit step function in time with initial value 0 and final value 1. **Kpot** = 0.319; K1 = 100; Km ...

https://ruhrboudoir.de › closest-hot-pot-near-me      ⋮

### Closest Hot Pot Near Me - ruhrboudoir

5 reviews of **KPOT** Korean BBQ & Hot Pot "Amazing!! Try it for yourself! Do both hot pot and bbq. Our traditional Japanese Shabu Shabu hot pot in Los Angeles ...

https://bd-design.ru › lleqn › kpot-menu-prices      ⋮

### Kpot menu prices. $ • Burgers • American • Sandwich • Dessert...

5 days ago — The closest **KPOT** restaurants operate in 6 – 1 reviews ... View more Menu Photos **K-Pot** Korean BBQ & Hot Pot Menu Prices Verified Prices ...

https://www.iloveorlando.com › restaurants › venue › t...      ⋮

### The K-POT Korean BBQ & Hot Pot Restaurant - I Love Orlando

The **K-POT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian Hot Pot with Korean BBQ flavors - modernized with a full ...

🖼 Images for kpot

union nj    toms river    catonsville    orlando fl    ⌄



Feedback

View all →

https://ملحمة.com › njqwj › korean-restaurant-kissimmee      ⋮

### Korean restaurant kissimmee. The Venetian Chop House

KPOT Korean BBQ & Hot Pot 14 Korean Hot Pot Barbeque "There was a kimchi bar which had different kinds of kimchi, fried chicken wings which were really" ...

https://www.glassdoor.com › job-listing › operations-m...

### K-Pot Korean BBQ & Hot Pot Operations Manager Job in ...

Title. Operations Manager. Report to. Restaurant Ownership/Regional Manager. About **KPOT**. K-**Pot** offers both worlds of Korean BBQ and Asian Hot Pot.

https://www.vivino.com › clos-troteligotte-k-pot-malbec ⋮

### Clos Troteligotte K-pot' Malbec - Vivino

A Red wine from Cahors, Haut-Pays, South West France, France. This wine has 23 mentions of black fruit notes. See reviews and pricing for this wine.

Wine style: Southwest France Malbec                   Allergens: Contains sulfites
Region: France / South West France / Haut-P…

      Rating: 3.7 · $16.87

https://postmates.com › store › k-pot-korean-bbq-&-hot... ⋮

### K-Pot Korean BBQ & Hot Pot - Postmates

Beef Bulgogi Bento Box · Beef Finger Meat Bento Box · Chicken Bulgogi Bento Box · **K-Pot** Short Ribs Bento Box · **K-Pot** Spicy Pork Belly Bento Box · Garlic Shrimp Bento ...

https://www.careermatch.com › Hospitality ⋮

### Busser - Lexington, KY | Chegg CareerMatch

Busser **KPOT** Lexington - Lexington, KY Quick Apply Apply Job Details Full-time | Part-time Estimated: $19,000 - $27,000 a year 3 hours ago Benefits Employee ...

https://opencorporates.com › companies › us_nc ⋮

### K POT RALEIGH LLC :: North Carolina (US) - OpenCorporates

Free and open company data on North Carolina (US) company **K POT** RALEIGH LLC (company number 2193389), 3105 CAPITAL BLVD, RALEIGH, NC, 27604-3335.

https://www.amazon.co.uk › Stainless-Catering-Comme... ⋮

### 304 Stainless Steel Stoc kpot, Catering Commercial/Domestic ...

Free delivery and returns on eligible orders. Buy 304 Stainless Steel Stoc **kpot**, Catering Commercial/Domestic Thickened Large Soup Pot with Lid, ...
£272.35

http://www.grizzlyguitars.co.uk › boyasf › korean-bbq-... ⋮

### Korean bbq kissimmee. The Best 10 Korean Restaurants near ...

(11) **KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian Hot Pot with Korean BBQ flavors – but modernized with a full ...

https://www.theburn.com ⋮

### The Burn: Home

New in NoVA: KPOT entering Northern Virginia market · January 16, 2023 · Facebook Twitter Google+ Linked In Reddit E-mail.

https://nicelocal.com › ... › 🍴 Restaurants in Philadelphia ⋮

### KPOT Korean BBQ & Hot Pot - 🏙️ Philadelphia - Nicelocal.com

KPOT Korean BBQ & Hot Pot: menu, ⭐ reviews, phone number, work hours, location on map. Find similar restaurants in Philadelphia.

https://www.rieber-kitchenware.de › ... ⋮

### K|POT® - Rieber-Qitchenware

K|POT® 2/3-ck-1600 schwarz oder Edelstahl. Maße: LXBXH: 353x380x088 mm. Funktion: - Induktion. - kochen. - Auftischgerät. Anschlusswert/Verbrauch:.

https://www.rieber-kitchenware.de › ... ⋮

### K|POT® - Rieber-Qitchenware

K|POT® 2/3-ck-1600 schwarz oder Edelstahl. Maße: LXBXH: 353x380x088 mm. Funktion: - Induktion. - kochen. - Auftischgerät. Anschlusswert/Verbrauch:.

https://www.foodboss.com › los-angeles-ca › k-pot-plac... ⋮

### K Pot Place Delivery - FoodBoss

Order from K Pot Place to enjoy some of the best Asian Fusion in Gardena. Looking to find the cheapest way to order K Pot Place? Choose the most affordable ...

https://twitter.com › ZpKpoTzp ⋮

### G.F.KpOT (@ZpKpoTzp) / Twitter

Check out this SlideShare presentation : презентация строителей http://slidesha.re/rtXVub (:. G.F.KpOT · @ZpKpoTzp. · Sep 10, 2011.

https://localtoday.news › News ⋮

### Hobby Lobby, Korean BBQ is coming to Neptune Township

54 minutes ago — KPOT is $28.99 per person for all-you-can-eat, and waiters bring unlimited grilled meats, seafood, and veggies, as well as rice. It is very ...

https://steamcommunity.com › profiles ⋮

### Steam Community :: )\(oBaHblu' kpoT <#3 ///?????...

Стеснительный, скромный =) безумно люблю стрелять в CSS Servers : 46.174.52.3:27248 Тут очень весело.

http://mrblack.zunchomultimedia.com › korean-bbq-orl... ⋮

### Untitled

Since opening our first location in 2018, KPOT has become a crowd favorite for ... Beewon Korean Cuisine, KPOT Korean BBQ & Hot Pot, Korea House Restaurant, ...

https://www.superantispyware.com ⋮

### SUPERAntiSpyware: Remove Malware & Spyware with Anti ...

Kpot, The info stealer. **Kpot**, an older information stealer just got a major update and is seen in the wild again. This time **Kpot** brings zero persistence ...

https://www.cellarvinhos.com › vinh...  ⋮

### Vinho Tinto Cahors K-Pot 2019 - Cellar Vinhos

O Vinho Tinto Cahors **K-Pot** 2019, é ideal para quem busca um vinho importado, intenso e de acidez moderada. Saiba mais!
R$175.00

http://transportescchbus.com › korean-restaurant-downt...  ⋮

### Korean restaurant downtown orlando. Bulgogi House Orlando ...

Since opening our first location in 2018, **KPOT** has become a crowd favorite for traditional Korean Barbeque and Hot Pot. Phillips Marketplace, Orlando ...

https://parkbench.com › event › korean-bbq-at-k-pot-al...  ⋮

### Korean BBQ @ K-Pot! All U can eat for $28 - Parkbench

Dec 10, 2021 — **K-pot** has all you can eat for only $25 (+tax)! Korean BBQ cooked at the table. Can also add on Hot Pot for an additional $3.

http://lanasmelody.com.ar › korean-bbq-near-me-delive...  ⋮

### Korean bbq near me delivery. H & B Korean ... - Lanas Melody

We selected the Harmony Combo featuring pork belly, beef bulgogi, and **KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional ...

https://autos.yahoo.com.tw › news  ⋮

### 韓式烤肉結合中式火鍋吃到飽KPOT招加盟 - Yahoo奇摩汽車

May 11, 2022 — 韓式烤肉結合中式火鍋吃到飽「**KPOT** KOREAN BBQ & HOT POT」為新時代的大型聯鎖加盟店，供應吃到飽自助餐，大人小孩都可以在輕鬆歡快的氛圍中，找到新穎的 ...

https://www.proofpoint.com › daily-ruleset-update-sum...  ⋮

### Daily Ruleset Update Summary 2020/04/08 | Proofpoint US

Apr 8, 2020 — **KPOT**, Sorano Stealer, SmsThief, Flowbit Cleanup/Optimization, Various Phish. Suricata 2/3 Support from Emerging Threats will become ...

http://k-pot.pl › nowe-wladze-k-pot  ⋮

### Nowe Władze K-POT

Jul 2, 2020 — Walne Zebranie Członków Kujawsko-Pomorskiej Organizacji Turystycznej wybrało nowe władze Organizacji na kolejną kadencję 2020-2024. Zarząd **K-POT** ...

https://www.pokergo.com › schedule  ⋮

### Schedule | PokerGO

U.S. Poker Open 2023 | Event #4 $10**K Pot**-Limit Omaha. 29. 1:00 PM. Wednesday. Watch live on Wednesday, March 29, at 4 p.m. ET. U.S. Poker Open 2023 | Event ...

http://deconsulting.com › xugrueeo › korean-restaurant... ⋮

**Untitled**

**Kpot** Korean BBQ & Hotpot Nr. 3 km … ... FL - Star Korean BBQ, Korea House Restaurant, Izzi Korean Kitchen, Beewon Korean Cuisine, **KPOT** Korean BBQ & …

https://futurenetworks.com.pk › korean-restaurant-kissi... ⋮

**Untitled**

Results 1 - 50 of 5391 — Yak & Yeti Restaurant Korean Restaurants Asian Restaurants Japanese Restaurants Specialties: **KPOT** is leading a cultural dining ...

https://www.bizmalay.com › kpot-bb... ⋮

**Kpot BBQ Kkang Tong | 04-899 3688 | Tanjung Tokong**

**Kpot** BBQ Kkang Tong berlokasi di B-G-1 Jalan Desiran Tanjung Vantage 10470, Seri Tanjung Pinang, 11200 Tanjung Tokong, Pulau Pinang, Malaysia.

https://nicegreen.it › live-crawfish-and-seafood-rockville ⋮

**live crawfish and seafood rockville**

... Cajun/Creole, Bars Closed See 484 photos The Block **KPOT** Korean BBQ & Hot Pot Slapfish Urban Hot Pot Kusshi LIVE CRAWFISH & SEAFOOD RESTAURANT - 483 ...

https://books.google.com › books ⋮

**An File Ar Buile: Poems from America - Page 185 - Google Books Result**

Seamas O Neachtain · 2004 · Poetry

CracCracCracCrackpot Corner **kpot** Corner **kpot** Corner **kpot** Corner **kpot** Corner Near by to colleges and companies, In a congested commercial district, ...

https://flipboard.com › topic › centraljersey › patch ⋮

**Hobby Lobby, Korean BBQ Coming To Neptune Township**

4 hours ago — Patch - **KPot** Korean BBQ will open this spring at the Neptune Plaza shopping center on Rt. 66, and a Hobby Lobby will open there next year: ...

https://b-up.store › iyuw › korean-bbq-kenmore ⋮

**Mu**

Since opening our first location in 2018, **KPOT** has become a crowd favorite for traditional Korean Barbeque and Hot Pot. Brisbane has quickly come around to ...

https://books.google.com › books ⋮

**An File Ar Buile: Poems from America - Page 185 - Google Books Result**

Seamas O Neachtain · 2004 · Poetry

CracCracCracCrackpot Corner **kpot** Corner **kpot** Corner **kpot** Corner **kpot** Corner Near by to colleges and companies, In a congested commercial district, ...

http://echologialanding.s24431.mpil53-005.atester.fr › ...   ⋮

### Korean restaurant near me. " 06/04/2019 "Gran elección de ...

**KPOT** is a unique, hands-on all-you-can-eat dining experience that merges ... Vegetarian Asian Korean Barbecue Bookmarks **K-Pot** Korean BBQ & Hot Pot - Newark.

https://books.google.com › books   ⋮

### Census Reports Tenth Census: Report on the forests of North ...

United States. Census Office · 1884 · United States

8051 Crushed fibers near middle Washington territory . do 968 .do 6603 Crushed at 6 millimeters **kpot** 25 millimeters from end . 3 15 Massachusetts .

https://lonestar995fm.com › which-lubbock-country-ba...   ⋮

### Which Lubbock Country Band Is Stopping Home While on ...

21 hours ago — **KPot**. 6001 Slide Rd Lubbock, TX 79414. No set opening date.

https://kkam.com › ixp › new-eat-local-lbk-group-offer...   ⋮

### New Eat Local LBK Group Offering Huge Incentive to Dine Small

7 hours ago — **KPot**. 6001 Slide Rd Lubbock, TX 79414. No set opening date.

https://www.dixynamakeup.it › glvw › korean-restaura...   ⋮

### Korean restaurant downtown orlando. Doubletree by Hilton ...

Hawkers Asian Street Food 553 reviews Open Now Asian, Thai $$ - $$$ Menu **KPOT** is a unique, hands-on all-you-can-eat dining experience that merges ...

https://books.google.com › books   ⋮

### Lectures, Problems And Solutions For Ordinary Differential ...

Yuefan Deng · 2014 · Mathematics

Thus, (1 − **kPot**) → 0 and Po P(t) - T.B. " OO (3) Given Po = 6 and P(10) = 9, we can get 6 * = TITaTo 1 T 130 Thus, the doomsday occurs at t = 30 months kPo ...

http://sydneyimage.com.au › korean-wagyu-near-me   ⋮

### Korean wagyu near me. Stop by today to get your documents ...

Since opening our first location in 2018, **KPOT** has become a crowd favorite for traditional Korean Barbeque and Hot Pot. For serve customers in comfortable ...

http://ssss.kz › qtbxx86 › korean-bbq-orange-county   ⋮

### Mr

Since opening our first location in 2018, **KPOT** has become a crowd favorite for traditional Korean Barbeque and Hot Pot. Missouri ist berühmt für sein ...

http://s1271449-87477.home-whs.pl › hmmlp › korean...   ⋮

### Korean bbq winter park. Tue-Sat 11am-11pm. The ...

FEELS LIKE HOME **KPOT** is a unique, hands-on all-you-can-eat dining experience that merges traditional Asian Hot Pot with Korean BBQ flavors – but modernized ...

https://d-enemy.cfd › dye-stealer-at-5-weeks        ⋮

dye stealer at 5 weeks

REDLINE STEALER Angelus Leather Dyes Details for the **KPOT** Stealer malware family
including references, samples and yara signatures Well, pregnancy tests ...

https://www.dailyrecord.co.uk › ... › Money › State Pension        ⋮

State Pension payments could account for nearly 75% of total ...

1 day ago — A £132.5**k pot** would lead to approximately 50 per cent of retirement income
coming from the State Pension. Meanwhile, someone with a pot of ...

https://njbiz.com › hobby-lobby-heading-to-neptune        ⋮

Hobby Lobby heading to Neptune - NJBIZ

8 hours ago — According to Azarian Realty, the firm leased a 10,000-square-foot space at the
property in July 2022 to **KPOT** Korean BBQ & Hot Pot, ...

https://www.pokernews.com › news › 2022/12 › hustler...        ⋮

Top 5 Most Epic Hustler Casino Live Poker Hands of 2022

Dec 31, 2022 — Online Poker Wizard Dealt Brutal Cooler in Live $870**k Pot** ... Eric Persson
Punts $862**k Pot** on LATB Playing 'The Robbi' (Jack-Four).

https://books.google.com › books        ⋮

Pesticides Documentation Bulletin

1968 · Agricultural pests

Susceptibility of safflower to two species of root - **kpot** nematodes . 499 Nex bosts and crop
plants resistant to the reniform nenatode .

https://books.google.com › books        ⋮

IMPERIUM RHODANUM: Ein haarsträubender Trip durch das
Reich ...

Ronald M. Hahn, Horst Pukallus · 2017 · Fiction

So ist die **KPOT** nicht nur eine Gruppe, sondern eine große Erfahrung austauschende
Gemeinschaft mit gutem Grundgedanken. Übrigens: Perry-Rhodan-Clubs werden ...

https://agredaviajes.com › ietbv › korean-bbq-menu        ⋮

Korean bbq menu. 00 Spicy Seafood Tofu Soup 2 Photos 15 ...

Such a great dining **K-Pot** Korean BBQ & Hot Pot - Newark. SEOUL SUNRISE 18. Dubu
Bokkeum (v) Fried tofu cubes, zucchini, carrots, onions, and mushrooms ...

https://books.google.com › books        ⋮

The Living Age - Volume 231 - Page 560 - Google Books Result

1901

... law fa- **kpot** . vorably ; hence his saturated locks and From this inauspicious first moment vivid
tartan necktie . the little company were conscious that ...

*In order to show you the most relevant results, we have omitted some entries very similar to the 124 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

**Center City, Philadelphia, PA** - From your IP address - Update location

Help      Send feedback      Privacy      Terms

Exhibit B

# United States of America

## United States Patent and Trademark Office

# KPOT

**Reg. No. 5,570,339**

**Registered Sep. 25, 2018**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

KPot, Inc.  (NEW YORK CORPORATION)
133-38 Sanford Ave., Unit 5b
Flushing, NEW YORK 11355

CLASS 43: Restaurant services; restaurant carryout services

FIRST USE 11-11-2017; IN COMMERCE 11-11-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-804,459, FILED 02-20-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Exhibit C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Jan 20 03:32:22 EST 2023

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ] OR Jump to record: [        ]  **Record 3 out of 7**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **KPOT** KOREAN BBQ & HOT POT |
| **Goods and Services** | IC 043. US 100 101. G & S: RESTAURANT SERVICES; RESTAURANT SERVICES NAMELY RESTAURANT CARRYOUT SERVICES |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.03 - Incomplete ovals ; Ovals, incomplete<br>26.03.21 - Ovals that are completely or partially shaded<br>26.03.28 - Miscellaneous designs with overall oval shape, including amoeba-like shapes and irregular ovals ; Oval shape (miscellaneous overall shape) |
| **Serial Number** | 97023119 |
| **Filing Date** | September 12, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 20, 2022 |
| **Owner** | (APPLICANT) KPot, Inc. CORPORATION NEW YORK 133-38 Sanford Ave., Unit 5B Flushing NEW YORK 11355 |
| **Attorney of Record** | Vasilios Peros |

1/20/23, 4:38 PM                                    Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KOREAN BBQ & HOT POT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of "KPOT" with the letter "K" surrounded by an oval shape and followed by "KOREAN BBQ & HOT POT". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST    NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jan 20 03:32:22 EST 2023

TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 2 out of 7**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **KPOT** KOREAN BBQ & HOT POT |
| **Goods and Services** | IC 043. US 100 101. G & S: RESTAURANT SERVICES; RESTAURANT SERVICES NAMELY RESTAURANT CARRYOUT SERVICES |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.03 - Incomplete ovals ; Ovals, incomplete<br>26.03.21 - Ovals that are completely or partially shaded<br>26.03.28 - Miscellaneous designs with overall oval shape, including amoeba-like shapes and irregular ovals ; Oval shape (miscellaneous overall shape) |
| **Serial Number** | 97032771 |
| **Filing Date** | September 17, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 20, 2022 |
| **Owner** | (APPLICANT) KPot, Inc. CORPORATION NEW YORK 133-38 Sanford Ave., Unit 5B Flushing NEW YORK 11355 |
| **Attorney of Record** | Vasilios Peros |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KOREAN BBQ & HOT POT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of the stylized word "KPOT" where the letter "K" is within a shaded oval and the stylized wording "KOREAN BBQ & HOT POT". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit E



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Jan 20 03:32:22 EST 2023

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [_____] OR Jump to record: [_____]   **Record 1 out of 7**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **KPOT** KOREAN BBQ & HOT POT |
| **Goods and Services** | IC 043. US 100 101. G & S: RESTAURANT SERVICES; RESTAURANT SERVICES NAMELY RESTAURANT CARRYOUT SERVICES |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.03 - Incomplete ovals ; Ovals, incomplete<br>26.03.21 - Ovals that are completely or partially shaded<br>26.03.28 - Miscellaneous designs with overall oval shape, including amoeba-like shapes and irregular ovals ; Oval shape (miscellaneous overall shape) |
| **Serial Number** | 97039253 |
| **Filing Date** | September 22, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 20, 2022 |
| **Owner** | (APPLICANT) KPot, Inc. CORPORATION NEW YORK 133-38 Sanford Ave., Unit 5B Flushing NEW YORK 11355 |
| **Attorney of Record** | Vasilios Peros |

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KOREAN BBQ & HOT POT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of "KPOT" with "KOREAN BBQ & HOT POT" underneath, all in an oval shaped background. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4809:k52xu1.2.1

2/2

Exhibit F

 

An Official **Pennsylvania** Government Website



pennsylvania
DEPARTMENT OF STATE

Business        UCC        Trademark        CROP

[ Login ]

🏠 Home

🔍 Search

📑 Forms

❓ Help

# Business Search

*As of 01/03/2023 we have processed all business filings received in our office through 11/02/2022.*

Business Search Info:  ⌄

88 k-pot                                 🔍

Advanced ⌄

Results: 2

| Filing Information ⇅ | Initial Filing Date ⇅ | Status |
|---|---|---|
| 88 K-POT (7618881) ⟩ | 10/11/2022 | Active |
| 88 K-POT KOREAN BBQ & HOT POT LLC (7613746) ⟩ | 10/01/2022 | Active |

## 88 K-POT KOREAN BBQ & HOT POT LLC (7613746)



Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 10/01/2022 |
| *Status* | Active |
| *Formed In* | PENNSYLVANIA |
| *Filing Type* | Domestic Limited Liability Company |
| *Filing Subtype* | Limited Liability Company |
| *Registered Office* | 3926 Nazareth Pike  Suite 12-14 Bethlehem, PA 18020 County: Northampton |



View History          Request Access

ACCESSIBILITY  |
PRIVACY & DISCLAIMERS  |
TRANSLATION DISCLAIMER  |
SECURITY

Exhibit G



September 15, 2022

VIA REGULAR MAIL AND OVERNIGHT MAIL
88 K-Pot Korean BBQ & Hot Pot
3926 Nazareth Pike
Bethlehem, PA 18020
Attn: Legal Department

Re:  <u>KPOT's Intellectual Property</u>

 Dear Sir or Madam:

It has come to our attention that you are using the word mark KPOT in connection with restaurant services and restaurant carryout services and have registered the domain name "88kpot.com."  We write to bring to your attention the conflict of your actions with intellectual property and proprietary rights of KPot, Inc. (the "Company").

The Company is the owner of U.S. Trademark Registration No. 5,570,339 for the mark KPOT, which has been used in commerce for "restaurant services; restaurant carryout services" since at least as early as 2017 and was registered with the U.S. Patent & Trademark Office ("USPTO") on September 25, 2018.  A copy of the USPTO record for this registration is enclosed for your review.

The Company is also the owner of U.S. Trademark Application Serial Nos. 97/023,119, 97/032,771, and 97/039,253, for the three marks KPOT KOREAN BBQ & HOT POT (and design) in connection with "restaurant services; restaurant carryout services"- all filed in September 2021.   A copy of the USPTO records for these applications is enclosed for your review.

Over the past nearly five years, the Company has operated restaurants across the United States. At this time, the Company has at least 70 locations open and/or coming soon – some of them nearby you in Pennsylvania.

The Company's federal registration of the mark KPOT provides it with certain exclusive rights, including without limitation, the right to restrict the use of the mark, or a confusingly similar mark, in association with confusingly similar products or services throughout the United States.

Because of the virtually identical nature of the marks, the identical goods and services, and the related channels of trade, the Company objects to your use of the mark 88 K-POT in the United States and demands that you cease and desist any further use of the mark 88 K-POT in association with of restaurant services and restaurant carryout services and other similar goods and services, and demands that you make payment of damages that resulted from your use.  The Company further demands that you immediately relinquish the registration of the "88kpot.com" domain to the Company.



We look forward to your prompt response within the next fifteen (15) business days indicating that you have commenced compliance with the above demands.

The foregoing shall not be deemed a waiver of any claim at law or in equity, which the Company may have against you or any other party with respect to this matter.

Please contact me at (612) 849-4653 to resolve this matter.

Sincerely,


Will Gu
Legal Counsel

Enclosures

cc: Vasilios Peros, Esq.

Exhibit H

Law Offices

# Fong Joe Hou, L.L.C.

100 Wood Avenue South, Suite 118
Iselin, New Jersey 08830
Phone (732)767-2880
Fax (732) 694-7127
Visit us online at www.fjhlaw.com

Fong Joe Hou (fjhou@fjhlaw.com)                                    Bar ID 026901988

September 20, 2022

Will Gu
Legal Counsel
KPOT, INC.
133-38 Sanford Avenue, Unit 5B
Flushing NY 11355                                    Via FedEx

Re:         Word Mark:  KPOT
            Filing Date:  February 20, 2018
            Word Mark:  KPOT KOREAN BBQ & HOTPOT
            Filing Date:  September 17, 2021 and September 22, 2021

Dear Mr. Gu:

This serves to acknowledge receipt of your September 15, 2022 letter and the attached information enclosed therewith.  Our office represents 88 K-Pot Korean BBQ and Hotpot Restaurant.  I have reviewed the letter and the information provided with 88 K-Pot Korean BBQ & Hot Pot Restaurant and reply on its behalf as follows:

Based on the information provided, it appears your client does not appear to have valid claim as you have asserted.  Your client's word designation of KPOT KOREAN BBQ or HOTPOT appears to be neither trademarkable nor original.  The term of KPOT or KOREAN BBQ or HORTPOT are glaring have its meaning in services or product and whether secondary meaning has been acquired, entitling such descriptive term to protection against unfair competition should be reviewed again by USPTO in granting trademarks. As to the possibility of confusing, we do not think so.

Our research also showed that in your application for registration; USPTO asked for consent as in **DISCLAIMER REQUIREMENT:** Applicant must disclaim the wording "KOREAN BBQ & HOT POT" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

Your organization had in fact responded to this issue by submitting a disclaimer in the following format: **"No claim is made to the exclusive right to use "KOREAN BBQ & HOT POT" apart from the mark as shown. "** The attempt by you to assert "Korean BBQ & Hot Pot" is violation of your registration.

Our review of the case of "In re 412 Public House, LLC  Serial No. 88205268  United States Patent and Trademark Office, Trademark Trial and Appeal Board..." pointed out specifically "In re 412 Public House, LLC (T.T.A.B. 2020)"  USPTO made it clear, that **"Giving proper weight to each element of the respective marks, consumers will focus on "412"** as the dominant element and use it, rather than the merely descriptive elements of the marks (" ;BBQ" and "PUBLIC HOUSE"), to distinguish the source of the services. While "; BBQ" and "PUBLIC HOUSE" have different definitions, they both carry the general

connotation of restaurant and bar services. See In re Nat'l Data Corp., 224 U.S.P.Q. at 752 (finding that ACCOUNT and EXCHANGE, while not synonyms, have a similar monetary connotation in finding CASH MANAGEMENT ACCOUNT and THE CASH MANAGEMENT EXCHANGE confusingly similar). In their entireties, the marks convey a similar connotation and commercial impression because they share the same dominant element combined with similar usage of descriptive wording for restaurants and bars. See: In re 412 Public House, LLC (T.T.A.B. 2020). This is particularly true as to KPOT, KOREAN BBQ and HOTPOT, all three carry a general connotation of food products or restaurant services.

The term of KPOT is analogy or similar to **K-pop** (Korean: 케이팝; RR: keipap), short for **Korean popular music**,[1] is a form of popular music originating in South Korea as part of South Korean culture.[2] It includes styles and genres from around the world, such as pop, hip hop, R&B, experimental, rock, jazz, gospel, reggae, electronic dance, folk, country, disco, and classical on top of its traditional Korean music roots.[3] The term "K-pop" became popular in the 2000s. Previously, South Korean pop music was called **gayo** (Korean: 가요; Hanja: 歌謠).[4][5] While "K-pop" can be a general term for all popular music from South Korea or pop music from the country, it is colloquially often used in a narrower sense for any Korean music and artists associated with the entertainment and idol industry in the country, regardless of the genre. 88 K-POT is different than KPOT in any stretch.

Furthermore, my client's using of 88 K-Pot Korean BBQ & Hotpot its design or product does not appear to copy anything about your client's trademark design or service that might be considered trademarkable, nor [your client's mark] original.

With regard to your client's bare assertions relating to likelihood of confusion between my client's service and your client's service in the registration that were supplied along with your letter show the apparent differences in word or description between our respective client's services. The domination factor is 88, not KPOT, Korean BBQ or hotpot.

For the foregoing reasons, your client does not appear to be in a position to make its allegations, claims, threats and demands. Accordingly, please be advised that if your client insists on proceeding with the threatened frivolous legal action, my client will be forced to seek its own available remedies, including sanctions or challenge the trademark "or petitions to cancel and opposition with the U.S. Trademark Trial and Appeal Board particularly including but not limited to sanctions for your client's bad faith. All rights and claims of 88 K-Pot is fully reserved and not waived.

Very truly yours,

**Fong Joe Hou**
*Encl.*
*Cc: client*

Exhibit I

## Dan Auerbach

| | |
|---|---|
| **From:** | Dan Auerbach |
| **Sent:** | Friday, January 27, 2023 2:49 PM |
| **To:** | fjhou@fjhlaw.com |
| **Subject:** | KPot Inc. v. 88-K-Pot (E.D. Pa. No. 5:23-cv-00316-JFL) |
| **Attachments:** | Complaint.pdf |

Mr. Hou:

This email confirms our conversation today. I represent KPot Inc. My client recently sued your client, 88 K-Pot Korean BBQ & Hot
Pot LLC, over its use of my client's registered mark "KPOT." The action is being heard in the United States District Court
for the Eastern District of Pennsylvania at Docket No. 5:23-cv-00316-JFL.

My understanding is that you do not expect to be retained to handle this matter for 88 K-Pot Korean BBQ & Hot
Pot LLC. My understanding is that I may contact your client directly until I am informed that it has legal counsel.

I have attached our Complaint in the action. If you speak with your client I would appreciate you passing it along. If you
have contact information for your client, please also send it to me.


Dan Auerbach, Esq.
Gamburg & Benedetto, LLC
1500 John F. Kennedy Blvd.
Suite 1203
Philadelphia, PA 19102
(215) 567-1486 (main)
(267) 687-2336 (direct)
www.gamburglaw.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege
and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that
any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY
PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to info@gamburglaw.com or by telephone at
215-567-1486 and then delete the message and its attachments from your computer.