# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KPOT, INC., <br><br> Plaintiff, <br><br> v. <br><br> 88 K-POT KOREAN BBQ & HOT POT, LLC, *d/b/a 88 K-POT LIMITED LIABILITY COMPANY*, <br><br> Defendant. | Case No. 5:23-CV-00316-JFL <br> JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Chanda A. Miller of Barnes & Thornburg LLP as counsel on behalf of the Defendant 88 K-Pot Korean BBQ & Hot Pot, LLC, d/b/a 88 K-Pot Limited Liability Company in the above-captioned matter.

Dated: March 17, 2023

    /s/ Chanda A. Miller
Chanda A. Miller (PA ID No. 206491)
Barnes & Thornburg LLP
1717 Arch Street, Suite 4900
Philadelphia, PA 19103
(445) 201-8900
chanda.miller@btlaw.com

*Attorneys for Defendant 88 K-Pot Korean BBQ & Hot Pot, LLC, d/b/a 88 K-Pot Limited Liability Company*

## **CERTIFICATE OF SERVICE**

      I certify that on the date set forth below, I filed a copy of the foregoing Entry of Appearance via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record, listed below. The document is also available for viewing and downloading from the ECF System.

Daniel Auerbach
GAMBURG & BENDETTO, LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
dan@gamburglaw.com

Dated: March 17, 2023	s/Chanda A. Miller
                                                                         Chanda A. Miller