# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KPot Inc.<br><br>   vs.<br><br>88 K-Pot Korean BBQ & Hot Pot LLC d/b/a 88 K-Pot Limited Liability Company | Civil Action<br><br>No. 23-316 |

## MOTION FOR PRELIMINARY INJUNCTION

To the Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff KPot Inc.

> Respectfully submitted,
>
>    */s/ Donald Benedetto*
> Donald Benedetto (PA ID No. 309199)
> Daniel Auerbach (PA ID No. 316856)
> Gamburg & Benedetto LLC
> 1500 John F. Kennedy Blvd., Suite 1203
> Philadelphia, PA 19102
> don@gamburglaw.com
> dan@gamburglaw.com
>
> *Counsel for Plaintiff*

Dated: March 23, 2023

## PROOF OF SERVICE

I certify that, on the date below, I filed this paper electronically and it is available for viewing and downloading from the ECF system. Service is complete on Defendant 88 K-Pot Korean BBQ & Hot Pot LLC because the following is a Filing User:

Chanda A. Miller, Esq.
Barnes & Thornburg LLP
1717 Arch Street, Suite 4900
Philadelphia, PA 19103

*Counsel for Defendant*

        */s/ Daniel J. Auerbach*
Donald Benedetto (PA ID No. 309199)
Daniel Auerbach (PA ID No. 316856)
Gamburg & Benedetto LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
don@gamburglaw.com
dan@gamburglaw.com

*Counsel for Plaintiff*

Dated: March 23, 2023

– 1 –