## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KPOT, Inc. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 5:23-cv-00316<br>) |
| 88 K-Pot Korean BBQ & Hot Pot LLC<br>d/b/a 88 K-POT Limited Liability Company. | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Chanda A. Miller of Barnes & Thornburg LLP as co-counsel on behalf of the Defendant 88 K-Pot Korean BBQ & Hot Pot LLC d/b/a 88 K-POT Limited Liability Company in the above-captioned matter.

Dated:  May 1, 2023

                                                      s/Chanda A. Miller
                                           Chanda A. Miller (PA ID No. 206491)
                                           Barnes & Thornburg LLP
                                           Three Logan Square
                                           1717 Arch Street, Suite 4900
                                           Philadelphia, PA 19103
                                           (445) 201-8900
                                           chanda.miller@btlaw.com

                                           *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on the date set forth below, I filed a copy of the foregoing Entry of Appearance via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is also available for viewing and downloading from the ECF System.

Dated: May 1, 2023

s/Chanda A. Miller
Chanda A. Miller